PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 SEP 20 PM 1:08

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

    *v.*                        **Docket # 8:89CR97**

**Joseph Michael Pou**

---

On April 1, 1991, Mr. Pou was sentenced to 260 months custody, to be followed by 5 years supervised release. The period of supervised release commenced October 31, 2008. Mr. Pou has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Pou be discharged from supervision.

Respectfully submitted,

*/s/ Michael R. Norton*
Michael R. Norton
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 20th day of September, 2011.

*/s/ Lyle E. Strom*
The Honorable Lyle E. Strom
United States Senior District Judge